# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS ANGELO and KAREN ANGELO,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>Defendant. | Case No. 2:17-cv-01246-APG-GWF<br><br>**ORDER** |

Based on defendant Albertson's LLC's response to my Order to Show Cause, I will not remand this case at this time. The parties remain obligated, however, to prove that this court has jurisdiction over this matter.

Dated: May 23, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE