LEONARD H. STONE, ESQ.
Nevada Bar No. 5791
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, NV 89101
(702) 385-2220
lstone@shookandstone.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS ANGELO, an Individual; and KAREN ANGELO, an Individual,<br><br>Plaintiff,<br>vs.<br><br>ALBERTSON'S LLC., d/b/a ALBERTSON'S, a Foreign Limited-Liability Company; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-01246-APG-GWF<br><br>**STIPULATION REGARDING DEFENDANTS' MEDICAL EXAMINATION OF PLAINTIFF** |

COMES NOW, Plaintiff THOMAS ANGELO, and Defendant ALBERTSON'S LLC., d/b/a ALBERTSON'S by and through their respective counsel of record, that the following guide-lines will be applied to Defendant's Medical Examination of Plaintiff:

1. The date and time of the Examination will be coordinated between offices and established at the convenience of Plaintiff and Physician.

2. All paperwork to be completed by Plaintiff shall be provided to Plaintiff's counsel at least five days prior to the Examination.

3. Plaintiff shall not complete any additional paperwork at the Examination location.

4. No one but Plaintiff and the examining Physician or Physician's employees may attend the examination.

1

5.   Liability questions may not be asked by the examining physician or any agent or representative of the examining physician. However, the examining physicians may inquire concerning the mechanism of injury.

6.   No x-rays or radiographs may be obtained during the examination.

7.   No physical painful or intrusive procedures may be utilized during the examination.

8.   That the examining physician shall not engage in ex-parte contact with Plaintiffs treating physicians.

9.   Defendants' counsel shall forward a copy of the examination report to Plaintiff's counsel within twenty (30) days.

10.   The examining physician will retain all handwritten notes, emails sent and received and all documents generated or received, including draft reports, related to the examination; and he/she will produce a copy of their entire file upon request of Plaintiff's Counsel including any test materials/raw data. This production shall occur within thirty (30) days of the examination without the requirement of either a subpoena or formal Request to Produce be served; however, Plaintiff's counsel will be responsible for any costs of reproducing said file.

11.   The examination shall not last longer than ninety (90) minutes unless extraordinary circumstances are presented to Plaintiff's counsel in writing at least five days in advance of the examination that justify the additional time.

12.   Plaintiff shall not be required to wait in the examining Physician's waiting room longer than fifteen (15) minutes after the scheduled commencement of the examination.

///
///
///
///
///
///
///
///
///

13. Defense counsel shall execute this Stipulation regarding Defense Medical Examination ground rules. At that time, Plaintiff will agree to the date and time of the examination.

**IT IS SO STIPULATED.**

DATED this 25 day of September, 2017.         DATED this 22 day of September, 2017.

**SHOOK AND STONE, CHTD.**                    **BACKUS & CARRANZA**

_____                 _____
Leonard H. Stone, Esq.                         Jack P. Burden, Esq.
Nevada Bar No. 5791                            Nevada Bar No. 6918
710 South Fourth Street                        3050 S. Durango Dr
Las Vegas, NV 89101                            Las Vegas, NV 89177
Attorneys for Plaintiff                        Attorney for Defendant

<u>AFFIRMATION PURSUANT TO NRS 239B.030</u>

The undersigned does hereby affirm that this document does not contain the Social Security Number of any person.

**SHOOK AND STONE, CHTD.**

_____
Leonard H. Stone, Esq.
Nevada Bar No. 5791
710 South Fourth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

IT IS SO ORDERED:

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE
Dated: 9/27/2017

3