JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
SHOOK & STONE, CHTD.
710 South 4th Street
Las Vegas, NV 89101
Office: (702) 385-2220
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS ANGELO, an Individual; and KAREN ANGELO, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S LLC., d/b/a ALBERTSON'S, a Foreign Limited-Liability Company; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:17-CV-01246-APG-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Defendants, by and through their undersigned counsel, that discovery be extended beyond the Discovery Schedule in the Stipulation and Order to Extend Discovery dated March 23, 2018 (Document No. 17).

Per Federal Rules of Civil Procedure 16(b), and Local Rule 26-4 the following is included in support of the proposed extension to the Discovery Schedule:

**A.     STATEMENT SPECIFYING THE DISCOVERY THAT HAS BEEN COMPLETED.**

The parties participated in the Fed. R. Civ. P. 26(f) conference on June 22, 2017. The parties have propounded and responded to written discovery requests including Interrogatories, Request for Production of Documents and Requests for Admission. The depositions of Plaintiff, Thomas Angelo and Karen Angelo were completed on October 30, 2017.  The deposition of Defendant's

employee, Kenneth Luoto was completed on June 3, 2018 and the deposition of Defendant's store manager, Mignon Pasqualicchio was completed on January 19, 2018 and store employee, Lynette Burks on March 27, 2018. The parties disclosed expert reports on February 21, 2018 and the parties disclosed rebuttal expert reports on March 22, 2018. Defendants' currently have the depositions of Plaintiff's medical expert, Stuart Kaplan, M.D. scheduled for June 22, 2018, David Silverberg, M.D. scheduled for June 25, 2018 and Plaintiff's economist, Stan Smith, Ph.D. scheduled for June 28, 2018.

**B.     SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED.**

As set forth above, the parties agree that an extension in the discovery deadlines is necessary to ensure this case is prepared for trial. Additionally, the parties have agreed to mediation which is currently scheduled for July 25, 2018. If mediation is unsuccessful both parties will need to conduct the liability experts' depositions in addition to an FRCP 30(b)(6) Albertson's Corporate Representative deposition.

**C.     REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE DEADLINES CONTAINED IN THE AMENDED DISCOVERY SCHEDULING ORDER**

Despite the parties' good faith efforts to comply with the Court's discovery deadlines, both parties have been compromised in part by the numerous experts that will need to be deposed and the extent of Plaintiff's treating physicians. As such, the parties believe that a ninety (90) extension of the discovery cut off date will be sufficient to allow the parties to complete discovery.

**D.     PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY.**

It is requested that all remaining discovery deadlines in this case be continued as follows:

1.     **Discovery Cut-Off Date:** The last day to conduct discovery shall be **September 19, 2018.**

2.     **Dispositive Motions:** The date for filing dispositive motions shall extended for thirty days until **October 19, 2018**, 30 days after the proposed amended discovery cut-off date. In the event that the discovery period is again extended from the discovery cut-off date set forth in this

proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

      3.    **Pretrial Order:**  The date for filing the joint pretrial order shall not be later than **November 19, 2018**, 30 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

      4.    **Fed.R.Civ.P. 26(a)(3) Disclosures:**  The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

      5.    **Extensions or Modifications of the Discovery Plan and Scheduling Order:**  Any stipulation or motion must be made no later than 21 days before the subject deadline. Requests to extend discovery deadlines must comply fully with LR 26-4.

DATED this 11th day of June, 2018.        DATED this 11th day of June, 2018.

SHOOK & STONE, CHTD.                  BACKUS, CARRANZA & BURDEN

*/s/ John Shook, Esq.*                         */s/ Jack Burden, Esq.*

JOHN B. SHOOK, ESQ.                    JACK P. BURDEN, ESQ.
Nevada Bar No. 5499                      Nevada Bar No. 6918
710 South Fourth Street                 XIAO WEN JIN, ESQ.
Las Vegas, NV 89101                      Nevada Bar No. 13901
(702) 385-2220                               3050 South Durango Drive
Attorneys for Plaintiffs                    Las Vegas, Nevada 89117
                                                        Attorneys for Defendants

## ORDER

IT IS SO ORDERED:

                      DATED this 12th day of June, 2018.

                      _____
                      UNITED STATES MAGISTRATE JUDGE