Jack P. Burden, Esq.
Nevada State Bar No. 6918
Xiao Wen Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
shirleyjin@backuslaw.com

Attorneys for Defendant
*Albertson's LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS ANGELO, an individual; and KAREN ANGELO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSON'S, LLC dba ALBERTSON'S, a Foreign Limited-Liability Company; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-01246-APG-GWF |

## STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Plaintiffs THOMAS ANGELO and KAREN ANGELO, by and through their counsel John Shook, Esq. of the law firm of SHOOK & STONE, CHTD, and Defendant ALBERTSON'S LLC, by and through its counsel Jack P. Burden, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiffs and Defendant hereby further stipulate and agree that each party shall bear its

1

own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: 8/28, 2018

**BACKUS, CARRANZA & BURDEN**

_____
JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
*Attorneys for Defendant*
*Albertson's LLC*

DATED: 8/21, 2018

**SHOOK & STONE, CHTD**

_____
JOHN SHOOK, ESQ.
710 South Fourth Street
Las Vegas, NV 89101
T: 702.570.0000 - T: 702.385.2220
F: 702.384.0394
JohnShook@shookandstone.com
*Attorney for Plaintiffs*
*Thomas Angelo and Karen Angelo*

# ORDER

**IT IS SO ORDERED.**

DATED this 29th day of August, 2018.

_____
United States District Judge

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Albertson's LLC*